JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOMARI ALBERTS, | ) Case No. CV 22-6775-FMO (JPR) |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| ASHLEY WILSON, | ) |
| Respondent. | ) |

Pursuant to the Order Dismissing Habeas Petition, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: November 4, 2022

/s/
FERNANDO M. OLGUIN
U.S. DISTRICT JUDGE